PAUL M. WARNER, United States Attorney (#3389)
LAURIE J. SARTORIO, Assistant United States Attorney (#7614)
Attorneys for the United States of America
185 S. State St., #400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
CLERK, U.S. DISTRICT COURT
28 SEP 99 PM 4:00
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | MISDEMEANOR INFORMATION |
|---|---|
| Plaintiff, | |
| vs. | VIO. 18 U.S.C. § 248(a)(1) |
| WILLIAM GEORGE EMMETT, JR. | INTERFERENCE WITH CLINIC ACCESS |
| Defendant. | 2:99CR00557 RNB |

The United States Attorney Charges:

COUNT I

On or about August 25, 1999, in the Central Division of the District of Utah,

WILLIAM GEORGE EMMETT, JR.,

the defendant herein, did by threat of force, intentionally intimidate and interfere with, and attempt to intimidate and interfere with, a person, Mrs. Adriana Emmett, Jr., because she was obtaining reproductive health services, and in order to intimidate a person from obtaining and providing reproductive health services, by making a threatening telephone call to the

Utah Women's Clinic, a facility that provides reproductive health services in Salt Lake City, Utah, in the District of Utah; all in violation of 18 U.S.C. § 248(a)(1).

PAUL M. WARNER
United States Attorney

*Laurie J. Sartorio*
LAURIE J. SARTORIO
Assistant United States Attorney